UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRITNEY M. TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　-*against*-<br><br>ANTONIO BROWN,<br><br>　　　　　Defendant. | Case No. 0:19-cv-62258-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, Brittney Taylor and her counsel hereby give notice hereby give notice of the voluntary dismissal of this action without prejudice. In furtherance thereof, Plaintiff states that no opposing party has served an answer or a motion for summary judgment, and that this claim has not been dismissed before for any reason. Accordingly, voluntary dismissal without prejudice is proper upon filing of this notice under Federal Rule 41.

The matter will be filed and litigated in State Court in Broward County, Florida.

Dated: October 8, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HAAS LAW, PLLC

　　　　　　　　　　　　　　　　　　　*/s/ David Haas*
　　　　　　　　　　　　　　　　　　　DAVID HAAS
　　　　　　　　　　　　　　　　　　　201 S. Orange Avenue, Suite 1017
　　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　　Phone: (407) 755-7675
　　　　　　　　　　　　　　　　　　　Email: David@HaasLawPLLC.com
　　　　　　　　　　　　　　　　　　　Florida Bar No.: 0494674

EMERY CELLI BRINCKERHOFF
& ABADY LLP

*/s/ Jonathan S. Abady*

JONATHAN S. ABADY
600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Email: JAbady@ecbalaw.com

THE LAW OFFICE OF MARSHELLE I. BROOKS, PLLC

*/s/ Marshelle I. Brooks*

MARSHELLE I. BROOKS
720 W. Dr. Martin Luther King Jr. Blvd
Suite B
Tampa, FL 33603
Phone: (813) 598-6364
Email: marshelle@mibrookslegal.com
Florida Bar No.: 109403

*Attorneys for Plaintiff Britney Taylor*