**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-CV-62258-SMITH

BRITNEY TAYLOR,

    Plaintiff,

v.

ANTONIO BROWN,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (ECF No. 3). Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE** and the above-captioned case is **CLOSED**. Any pending motions, hearings, or deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record